No. 13–0001/AR.   U.S. v. Jarvis J. Pilago.   CCA 20100414.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including September 28, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 13–0008/AR.   U.S. v. Godfrey J. Hurley.   CCA 20080262.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 11, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–8027/AR.   Center for Constitutional Rights, et al., v. U.S. and Colonel Denise Lind, Military Judge.   CCA 20120514.

In each of the above cases, in view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Walter T. Cox, III to perform judicial duties, and that Senior Judge Cox has consented to perform judicial duties in said cases under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).